# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Nathan Donald Roth

_____

(Full name of the Plaintiff(s) in this action)

v.

Metcalfe County
Sheriff Office

_____

(Full name of the Defendant(s) in this action)

**FILED**

JAMES J. VILT, JR. - CLERK

JUN - 6 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 1: 24CV-76-JHM
(To be supplied by the clerk)

(●) DEMAND FOR JURY TRIAL

(___) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A)  **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: Nathan Donald Roth

Place of Confinement: Kentucky

Address: 6808 Cameron Texarkana, Tx 75503

Status of Plaintiff:  CONVICTED (___)  PRETRIAL DETAINEE (●)

(2)  Name of Plaintiff: Nathan Donald Roth

Place of Confinement: Kentucky

**III. STATEMENT OF CLAIM(S) continued**

Judges Of Blue Grass State, Hello.
Had $750,000 Lawsuit In Ohio
Had Strong Case Lisa Owing Law Office
491 Brown St. Akron, OHio 44331 Filing for
Five Million Dollars With All Do Respect
Your Honors Not One For Lying Think
The Judges Need To Hear This Case.
Hope For Wages Lost Over Million Dollars.
I Got Witnesses, Pictures And Evidence
Wrongfully Missing And Seized By The
Sheriff Of Metcalfe County Asking
For No Less Than $750,000 And
All My Stuff That Was Wrongfully Seized
Plus Time I'm Spent In Jail All
My "Presidential Fire-Arms" And There's
Bullets Missing Too I'm Filing For The
Truth Wish You Judger See To Help
With Knowing The Truth RockStar
Level Not Cheap. Have A Great Day
Judges Of Kentucky AlexAnder Judge
In Edmonton, KY Five Million Dollars

Nathan Roth                    5                    Fri 5-31-2024

**III. STATEMENT OF CLAIM(S) continued**

Judges RV Chevy 454 motor. More Than Half Of Everything in my RV Missing. My Chevy Silverado Truck. Money Lost from Working On Trucking Pallets $200 - $800 Each Day From Sep 1st Until first Week Of New Years. I Got Pictures To Prove All This I'm The "Pallet King" Lost 67.2 Acre Cattlefarm Deal Ask My Step Dad Witness Plus I Got Pictures Of Everyday In Nov 2021 Dec 2021. Sign Civil Lawsuit Never Got Paid Do To Wrongfully Locked Up. Five Million Sound About Right. So Sorry Judges For The Lyes They Said In Court At Akron OHio The People Are Great You Folks Are Worth Way More Wish To Help People With This Money And Buy A Cattlefarm. I'm "The $10-Dollar Mower Kid" Give Lori And Few People A House You Folk Worth It.

Nathan Roth                    5        Fri 5-31-2024

4] Something To Be Proud Of Thats
A Lifestyle You Can Hang Your Hat On

5] Judges Need My Motorhome Back
That Was Wrongfully Seized.

Need My Chevy Silverado Truck
And All My Stuff Also Need
With All Do Respect I Need
$>50,000. Dollars In Time

God Blessed America

Need To Get My Stuff And
RV Back And Go To My
Wooded Hill Tops. ☺

2 Years 5 months 28 Days
Wrongfully In Jail, Help Help.

🎵 Rick Ross—Aston Martin Music 🎵 🎵

⭐ 🎵 Rick Ross—Push It 🎵 ⭐

I'm Losing Land Deals, I'm Losing
Social Security Income Each
Month I'm Locked Up Wrongfully
Already Had A Jury Say There
Peace On Me Having Fire Arms.
Lost Alot Of Money And Pallets
Business Deals My Chevy Truck
And RV Was My Home I lived
On The Road And Done farm
Work And Visit People And Done Odd
Jobs Stayed At People Houses Over
The Years I'm A Traveling
Trades Man And I Do Alot Of
Odd Jobs For People, These
Things Where Said In 2021
March 2nd Jury Trial.

Time Lost Being Wrongfully
Locked Up. I Was Already
Pulled Over And Free. To Go ⭐

I'm A Shooting Star Baby. Baby
No Longer A Baby She A Toddler Now.
                                    5-31-2024 Fri

♪♫Randy Houser-Like A Cowboy♫♪

Judges Of Kentucky Please
Honor This Five Million Dollars.

Nov 2021 Signed For $750,000.
Never Got Paid. Asking for Five
Million For Wages Lost!
★★★ Lisa Owing Office ★★★
    #330-800-4705
Address  491 Brown St.
        Akron, Ohio
          44331

★★★ Dana Brown Attorney ★★★
    #502-782-1517
  Address 201 Samson St.
       Glasgow, KY
          42141

Wish To Give Both These Attorneys
 $750,000. Dollars Thank You Ladys
For The Help. Wish Yall Could Be At
Horse Tract With Flower Hats And
Nice Dresses On. Tip My Hat To That.
All Do Respect Judges; Nathan Roth.
5-31-2024 Fri

♪ Jenna Paulette-Like The Wild West ♪

Wish To Pay EveryOne For The
Help Over The Year Yall Folks
Are Great I'll Run The Streetz
Forever! March 2nd 2021
Jury Trial Was Great You Folks
Make This Country Great Hope
The Judges In Kentucky Honor
This With Five Million Dollars
People Need Paid Few People In
Metcalfe $750,000.~ Could Help
With Business Deals And Few
Folk That Can Crash My Party
Anytime. Judges Like A Western,
Like Jame Bond Stuff The Jury
Was Great Want To Thank Everyone.
I Was Making Good Money Doing
Odd Jobs People Know Even Folks
At Few Carlots Helped Back In
The Day Ask For Jail Phone
Calls And Vevo Visits I'm
Speaking The Truth Already A
Million Dollars Down Need The
Courts Help. Nathan Roth Please
Honor Wages Lost. 5-31-2024 Fri

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

____✓ award money damages in the amount of $ ___5 000000___

_____ grant injunctive relief by_____

____✓ award punitive damages in the amount of $ ___5 000000___

_____ other: ___Release Of all Property Seized without Warent___

## V.  DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __1__ day of ___June___, 20_24_

_Natha D Rot Nathan Roth_
(Signature of Plaintiff)

_N/A_ _____
(Signature of additional Plaintiff)

_N/A_ _____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ___May 31st 2024___.

_Nathan D Rot Nathan Roth_
(Signature)

6

US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$001.12
06/03/2024 ZIP 40031
043M30259324

601 W. Broadway, Rm 106
Gene Snyder United States
Courthouse Louisville, KY
40202

NAME: Nathan Roth  UNIT: D-125
Kentucky Correctional Psychiatric Center
1612 Dawkins Road
P.O. Box 67
LaGrange, Kentucky 40031-0067

FILED

JAMES J. VILT, JR. - CLERK

JUN - 6 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY